IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **02-cv-1004-JLK**

**VIRTUAL CLOUD SERVICES, INC.**,

    Plaintiff,

v.

**CH2M HILL, INC., a Florida corporation, and TIMOTHY INGRAM**,

    Defendants.

## ORDER

Kane, J.

Defendants' Motion to Exclude Plaintiff's "Improper Lay Opinion Testimony" (Doc. 136) is **DENIED**. The issues raised in this Motion, which are directed to the anticipated trial testimony of Defendants' expert witnesses Michael Melonis, Robert A. Mercer, and David K. Brown, may be reasserted, if appropriate, as a Motion in Limine after any Pretrial Conference in this case, in Objections to designated deposition testimony, or during the normal trial foundation and objection process.

Rulings on the remaining pending Motion for Judgment (on grounds of Preemption) and various Motions for Summary Judgment will be forthcoming in the next few weeks by separate Order.

Dated February 2, 2006                      **s/John L. Kane**
                                                          Senior U.S. District Judge