**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-1903-REB-MJW

LINDA A. TIMMERMAN,

     Plaintiff,

v.

U.S BANCORP, a Delaware corporation,

     Defendant.

---

MINUTE ORDER[1]

---

     Plaintiff's <u>Unopposed</u> Motion for Extension of Time to Respond to Defendant's Motion to Disqualify Timmerman's Counsel and to Strike Improperly Obtained Evidence [#117], filed February 8, 2006, is GRANTED.  Plaintiff shall have until **February 23, 2006**, in which to file her response to Defendant's Motion to Disqualify Timmerman's Counsel and to Strike Improperly Obtained Evidence.

Dated:  February 9, 2006
-------------------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.