IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 02-cv-01004-JLK-BNB

VIRTUAL CLOUD SERVICES, INC., a Colorado corporation,

Plaintiff,

v.

CH2M HILL, INC., a Florida corporation, and
TIMOTHY INGRAM,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following motions:

(1)     **Plaintiff's Motion to Compel Pursuant to Fed. R. Civ. P. 26(e) and to Reopen Discovery to Take the Depositions of Newly Discovered Persons** [Doc. # 142, filed 1/26/06] (the "Motion to Compel"); and

(2)     **Unopposed Motion to Seal Exhibits 3 and 4 to Defendants' Reponse to Plaintiff's Motion to Compel Pursuant to Fed. R. Civ. P. 26(e) and to Reopen Discovery to Take the Depositions of Newly Disclosed Persons** [Doc. # 159, filed 2/10/06] (the "Motion to Seal").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED as specified.  The defendants shall produce the following documents and things to the plaintiff on or before **March 24, 2006**:

   (a)  MicroSource financial statements from 2000 to the present;

   (b)  All mail correspondence between CH2M Hill and MicroSource relating to the relationship between the companies and/or the acquisition of MicroSource by CH2M Hill from February 2004 to the date of that acquisition in 2004;

   (c)  All electronic correspondence between Kevin Mungle, Sean Audino, and Richard Crockett on the one hand and CH2M Hill on the other hand relating to the relationship between the companies and/or the acquisition of MicroSource by CH2M Hill from February 2004 to the date of that acquisition in 2004;

   (d)  Any documents relevant to the areas of testimony described in CH2M Hill's Supplemental Rule 26 disclosure concerning Messrs. Mungle, Audino, and Crockett; and

   (e)  Any CH2M Hill or Microsource business plans relating to future performance or future revenues of MicroSource prepared on or after October 2001 through February 23, 2006.

  IT IS FURTHER ORDERED that discovery is re-opened solely to allow the plaintiff to take the depositions of Kevin Mungle, Sean Audino, and Richard Crockett. Each deposition shall not exceed 4 hours in length. All depositions shall be completed on or before **April 28, 2006**.

  IT IS FURTHER ORDERED that the Motion to Seal is GRANTED.

  Dated February 23, 2006.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge