IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **02-cv-1004-JLK**

**VIRTUAL CLOUD SERVICES, INC.**,

      Plaintiff,

v.

**CH2M HILL, INC., a Florida corporation, and TIMOTHY INGRAM**,

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Motion to Revive Virtual Cloud's Motion to Exclude Testimony (doc. #172), filed March 2, 2006, is denied without prejudice with leave to re-file as a *Daubert* motion after the pretrial conference.

Dated: April 6, 2006