## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

Date:  February 5, 2007                                Court Reporter: Adrienne Whitlow
                                                       Deputy Clerk: LaDonne Bush

Civil Action No. 02-cv-01004-JLK-BNB

VIRTUAL CLOUD SERVICES, INC.,                          Scott R. Bauer
                                                       Sarah Block Wallace
        Plaintiff,                                     Dart Winkler

v.

CH2MHILL, INC., a Florida corporation, and             David W. Stark
TIMOTHY INGRAM,                                        Jennifer Harrison
                                                       Heather Carson Perkins
        Defendants.

## COURTROOM MINUTES

**Trial Preparation Conference**

10:00 a.m.    Court in session.

Court's comments regarding jury instructions.

**ORDERED:**  Defendants' Motion to Exclude Opinion Testimony of Richard Tyler (Doc. 184) is granted.

**ORDERED:**  Defendants' Updated Motion in Limine to Exclude Plaintiff's Improper Lay Opinion Testimony (Doc. 185) is granted.

**ORDERED:**  With regard to Plaintiff's Motion to Exclude Defendants' Expert Witnesses Michael Melonis, Robert A. Mercer, and David K. Brown (Doc. 186), a *Daubert* hearing is set February 16, 2007, at 9:30 a.m.

Court states that, if necessary, the hearing set February 16, 2007, will continue on February 23, 2007.

**ORDERED:**  Plaintiff's Motion for Extension of Time to Submit Trial Materials (Doc. 227) is granted.

At the hearing on February 16, 2007, counsel may argue the Motion in Limine: Fixation of Date for Measurement of Damages and Exclusion of Evidence of Subsequent Events

(Doc. 231).

Court's comments regarding depositions and exhibits.

Mr. Stark states that counsel will confer about the exhibits.  Court suggests that counsel submit a revised exhibit list.

Argument regarding jury instructions.

Counsel agree to confer on certain jury instructions by this Friday.

11:56 a.m.    Court in recess.

Hearing concluded.
Time - 1:56