IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **02-cv-1004-JLK**

**VIRTUAL CLOUD SERVICES, INC.**,

      Plaintiff,

v.

**CH2M HILL, INC., a Florida corporation, and TIMOTHY INGRAM**,

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The parties' Unopposed Motion (Doc. 247) to Strike and to Seal Docket No. 246 (Notice – Offer) is GRANTED. The confidential document was filed with the Court inadvertently, and is WITHDRAWN and STRICKEN from the Court's docket. The Motion to Seal is GRANTED. The parties are also advised that Judge Kane issues this Minute Order without having reviewed the inadvertently filed document, and will not review it.

Dated: February 20, 2007