**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**SENIOR JUDGE JOHN L. KANE, JR.**

Date:   February 21, 2007                      Court Reporter:  Kara Spitler
Civil Action No. **02-cv-01004-JLK-BNB**      Deputy Clerk: Bernique Abiakam

---

**Parties:**                                   **Counsel:**

VIRTUAL CLOUD SERVICES, INC.,                  Scott R. Bauer

    Plaintiff,

v.

CH2MHILL, INC.,                                David W. Stark
                                               Jennifer Harrison
                                               Heather Carson Perkins

    Defendant.

---

**COURTROOM MINUTES**

---

**DAUBERT MOTIONS HEARING DAY 2**

**9:06 a.m.        Court in Session.**

Counsel present.

9:07 a.m.        Witness, Robert A. Mercer, resumes the stand.
                 Cross examination begins by Mr. Bauer.

Plaintiff's Exhibit P75 offered and received for the purposes of this hearing.

9:20 a.m.        Continued cross examination by Mr. Bauer.

Plaintiff's Exhibit P210 offered and received.

9:24 a.m.        Continued cross examination by Mr. Bauer.

Plaintiff's Exhibit J-19 is offered and received.

*02-cv-01004-JLK-BNB*
*Daubert Motions Hearing*
*February 21, 2007*

9:33 a.m.        Continued cross examination by Mr. Bauer.

9:51 a.m.        Witness excused.

Defendant's Exhibits D89, D117, D150, and D151 are offered and admitted.

9:54 a.m.        Closing argument by Mr. Stark.

10:03 a.m.       Closing argument by Ms. Harrison.

10:09 a.m.       Closing argument by Mr. Bauer.

10:29 a.m.       Further argument by Mr. Stark.

**10:37 a.m.        Court in Recess.**

**10:57 a.m.        Court in Session.**

Court makes findings.

**ORDERED:**    **Plaintiff's Motion To Exclude The Testimony Of Defendants' Expert Witnesses Michael Melonis, Robert A. Mercer, And David K. Brown (Filed 9/26/06; Doc. No. 186) is DENIED in PART with regard to Testimony of Expert Witnesses Michael Melonis and Robert A. Mercer, and DENIED as MOOT with regard to David K. Brown.**

**ORDERED:**    **Final Trial Preparation Conference is set for February 23, 2007 at 11:00 a.m.**

**11:22 a.m.        Court in Recess.**
Hearing concluded.
Total time in court: 1 hour 56 minutes