**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date: February 23, 2007               Court Reporter: Darlene Martinez
                                      Deputy Clerk: LaDonne Bush

Civil Action No. 02-cv-01004-JLK-BNB

VIRTUAL CLOUD SERVICES, INC.,         Scott R. Bauer

    Plaintiff,

v.

CH2MHILL, INC., a Florida corporation, and    David W. Stark
TIMOTHY INGRAM,                               Jennifer Harrison
                                              Heather Carson Perkins

    Defendants.

---

## COURTROOM MINUTES

**Final Trial Preparation Conference**

11:05 a.m.   Court in session.

Court's comments regarding pending motions, jury instructions, juror questionnaire, and voir dire.

Argument by Mr. Bauer and Mr. Stark.

**ORDERED**: Motion in Limine: Fixation of Date for Measurement of Damages and Exclusion of Evidence of Subsequent Events [231] is denied.

Discussion regarding exhibits.

11:55 a.m.   Court in recess.
1:44 p.m.    Court in session.

Argument by Ms. Perkins and Mr. Bauer.

**ORDERED**: Defendants' Motion in Limine to Exclude Exhibits P-35, 92 and 95 [251] is granted in part and denied in part.

Discussion regarding depositions.

2:46 p.m.       Court in recess.
3:05 p.m.       Court in session.

Discussion regarding damages.

**ORDERED**:   Conference is continued to 2:00 p.m. on Wednesday, February 28, 2007.

Mr. Stark anticipates that defendants will file a motion in limine tomorrow.

Discussion regarding exhibits.

3:22 p.m.       Court in recess.

Hearing continued.
Time - 2:09