**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  February 28, 2007

Court Reporter: Darlene Martinez
Deputy Clerk: LaDonne Bush

Civil Action No. 02-cv-01004-JLK-BNB

VIRTUAL CLOUD SERVICES, INC.,

Scott R. Bauer
Sarah Block Wallace
Dart Winkler

     Plaintiff,

v.

CH2MHILL, INC., a Florida corporation, and
TIMOTHY INGRAM,

David W. Stark
Jennifer Harrison
Heather Carson Perkins

     Defendants.

---

## COURTROOM MINUTES

---

**Continued Final Trial Preparation Conference**

2:00 p.m.     Court in session.

Court's comments.

Parties waive their right to a jury trial on the computer fraud and abuse act claim.

Mr. Stark states that the affirmative defense of estoppel continues to be asserted as to both contract claims and the unjust enrichment claim, but is withdrawn as to the other claims.

Argument by Ms. Perkins and Ms. Wallace.

**ORDERED:** Defendants' Motion *in Limine* to Exclude Yardstick Measure of Damages from Evidence [256] is granted in part as set forth on the record.

Discussion regarding jury instructions.

3:48 p.m.     Court in recess.
4:09 p.m.     Court in session.

Argument by Mr. Bauer and Mr. Stark regarding exhibits.

Court rules that the objection to Exhibit 138 is sustained and Exhibit 243 is admitted.

4:39 p.m.      Court in recess.

Hearing continued.
Time - 2:18