IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. 02-cv-01004-JLK-BNB

VIRTUAL CLOUD SERVICES, INC.,

Plaintiff,

v.

CH2MHILL, INC., a Florida corporation, and
TIMOTHY INGRAM,

Defendants.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS**

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this __28__ day of March, 2007.

BY THE COURT:

_____
John L. Kane, Senior Judge

_____
Counsel for Plaintiff

_____
Counsel for Defendants