**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date: March 26, 2007  
Civil Action No. 02-cv-01004-JLK-BNB

Court Reporter: Gwen Daniel  
Deputy Clerks: Bernique Abiakam

VIRTUAL CLOUD SERVICES, INC.,

    Plaintiff,

v.

CH2MHILL, INC., a Florida corporation, and
TIMOTHY INGRAM,

    Defendants.

Scott R. Bauer  
Sarah Block Wallace  
Dart Winkler

David W. Stark  
Jennifer Harrison  
Heather Carson Perkins

## COURTROOM MINUTES

**Trial to Jury - Day Sixteen**

2:08 p.m.    Court in session.

Jury not present.

Preliminary remarks by the Court.

ORDERED:    Virtual Cloud's Motion To Conform Its Claims To The Evidence Presented At Trial Regarding Aiding And Abetting A Breach Of Fiduciary Duty (Filed 3/24/07; Doc. No. 303) is DENIED.

Discussion regarding verdict forms.

Argument regarding jury instructions.

2:16 p.m.    Argument by Mr. Bauer.

2:19 p.m.    Argument by Mr. Stark.

Discussion regarding **Defendants' Motion To Remove Irrelevant Exhibits From Jury Deliberation Exhibit Set (Filed 3/26/07; Doc. No. 306)**.

Discussion regarding remaining trial schedule.

*02-cv-01004-JLK-BNB*
*Jury Trial Day 16*
*March 26, 2007*

Further discussion regarding jury instructions.

**Instruction No. 2.6, tendered to the Court, is rejected.**

**Request by Mr. Bauer to re-tender Instruction No. 3.5.9 is rejected.**

Further discussion regarding remaining trial schedule.

Court will resume tomorrow morning at 9:00 a.m. with jury present.

2:37 p.m.     Court in recess.
Trial continued.  Time in court: 29 minutes