IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **02-cv-01004-JLK**

**VIRTUAL CLOUD SERVICES, INC.**,

    Plaintiff,

v.

**CH2M HILL, INC., a Florida corporation, and TIMOTHY INGRAM**,

    Defendants.

## ORDER FOR STATUS REPORT

Kane, J.

In light of the verdicts reached by the jury this week, the pendency of the equitable claim or claims that were reserved for ruling by the court, and the potential for informal resolution of the latter, the parties are **ORDERED** to **CONFER** and prepare a **Status Report** stating their position(s) and joint recommendation regarding how best to proceed to entry of Judgment in this case. This Status Report is due on or before **Thursday, April 12, 2006**. As no Judgment will enter in this case until any pending equitable claims are resolved, no deadlines for renewing motions under Fed. R. Civ. P. 50(b), for new trial under Fed. R. Civ. P. 59 or 60, for appeal, or for submitting any Bill of Costs, or Stipulation regarding costs under Fed. R. Civ. P. 54(d) and D.C.COLO.LCiv.R 54.1, have been triggered.

I encourage the parties to confer in a good faith effort to resolve the outstanding

issues in this case by mutual agreement. If such resolution with respect to the equitable claims cannot be achieved, each party shall submit *succinct* proposed findings and conclusions along with the Status Report.

Dated: April 5, 2007.                                             *s/John L. Kane*
                                                                                  SENIOR U.S. DISTRICT JUDGE