**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date: March 23, 2007                  Court Reporter: Gwen Daniel
                                                     Deputy Clerks: LaDonne Bush

Civil Action No. 02-cv-01004-JLK-BNB

VIRTUAL CLOUD SERVICES, INC.,            Scott R. Bauer
                                                Sarah Block Wallace
      Plaintiff,                                 Dart Winkler

v.

CH2M HILL, INC., a Florida corporation, and     David W. Stark
TIMOTHY INGRAM,                              Jennifer Harrison
                                                Heather Carson Perkins
      Defendants.

## COURTROOM MINUTES

**Trial to Jury - Day Fifteen**

9:12 a.m.      Court in session.

Jury not present.

Discussion regarding clarification of the ruling on defendants' motion under Rules 50 and 52(c). Court clarifies the ruling.

Argument regarding Virtual Cloud's Motion to Reconsider.

**ORDERED: Virtual Cloud's Motion to Reconsider (Doc. 302) is denied.**

Discussion regarding defendants' objection to the use of certain Time Warner documents.

9:57 a.m.      Court in recess.
10:14 a.m.     Court in session.

Jury present.

Court explains which claims will be decided by the jury.

10:22 a.m.     Defendants' witness Terje Didricksen sworn.

Direct examination of Mr. Didricksen by Ms. Perkins.

11:00 a.m.   Cross examination of Mr. Didricksen by Mr. Bauer.

11:25 a.m.   Redirect examination of Mr. Didricksen by Ms. Perkins.

11:32 a.m.   Defendants' witness Gregg Flannery sworn.

Direct examination of Mr. Flannery by Ms. Perkins.

12:00 p.m.   Court in recess.
1:23 p.m.    Court in session.

Cross examination of Mr. Flannery by Mr. Winkler.

2:11 p.m.    Redirect examination of Mr. Flannery by Ms. Perkins.

2:16 p.m.    Defendants' witness Robert Mercer sworn.

Direct examination of Mr. Mercer by Ms. Perkins.

Court accepts Dr. Mercer as an expert.

3:06 p.m.    Court in recess.
3:30 p.m.    Court in session.

Continued direct examination of Mr. Mercer by Ms. Perkins.

**Exhibit D-138, D-145, D-135, D-146, D-150, D-151 received as demonstrative exhibits.**

Jury excused until 9:00 a.m. on Tuesday.

Discussion regarding jury instructions, verdict form, exhibits, and closing arguments.

4:48 p.m.    Court in recess.

Trial continued.

Time - 5:26