# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  02-cv-01004-JLK-BNB

VIRTUAL CLOUD SERVICES, INC.,
a Colorado corporation,

    Plaintiff,

v.

CH2M HILL, INC., a Florida corporation,
and TIMOTHY INGRAM,

    Defendants.

---

## ORDER ON DEFENDANT CH2M HILL'S STIPULATED MOTION TO DISMISS COUNTERCLAIM FOR UNJUST ENRICHMENT WITH PREJUDICE

---

Defendant CH2M Hill's Stipulated Motion to Dismiss Counterclaim for Unjust Enrichment with Prejudice (doc. #333), filed April 16, 2007, is GRANTED.  Defendant's Counterclaim for Unjust Enrichment is DISMISSED WITH PREJUDICE.

DONE AND ORDERED this 17th day of April, 2007.

                        BY THE COURT:

                        *s/John L. Kane*
                        John L. Kane, Senior Judge