IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-1004-JLK-BNB

VIRTUAL CLOUD SERVICES, INC.,
a Colorado corporation,

Plaintiff,

v.

CH2M HILL, INC., a Florida corporation,
and TIMOTHY INGRAM, an individual.

Defendants.

_____

**ORDER GRANTING VIRTUAL CLOUD'S STIPULATED MOTION TO DISMISS
UNJUST ENRICHMENT CLAIM WITH PREJUDICE**
_____

Virtual Cloud's Stipulated Motion to Dismiss Unjust Enrichment Claim (doc. #334), filed April 16, 2007, is GRANTED.

Virtual Cloud's claim for unjust enrichment is DISMISSED WITH PREJUDICE.

DATED this 26th day of April, 2007.

> BY THE COURT:
>
> ***S/John L. Kane***
> John L. Kane, Senior Judge