**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 02-cv-01004-JLK-BNB

VIRTUAL CLOUD SERVICES, INC.,

    Plaintiff,

v.

CH2MHILL, INC., a Florida corporation, and TIMOTHY INGRAM,

    Defendants.

_____

**ORDER REGARDING BRIEFING SCHEDULE**
_____

Judgment was entered in this case on July 10, 2007, *nunc pro tunc* June 22, 2007. With regard to pending motions, it is

ORDERED that:

1. The response to Defendants' Renewed Motion for Judgment as a Matter of Law (Doc. 353) shall be filed by July 24, 2007. The reply shall be filed by August 1, 2007.

2. The response to Defendants' Motion to Amend June 22, 2007 Judgment (Doc. 356) shall be filed by July 24, 2007. The reply shall be filed by August 1, 2007.

DATED this 10th day of July, 2007.

                                  BY THE COURT:

                                  s/ John L. Kane
                                  John L. Kane, Judge