IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01004-JLK-BNB

VIRTUAL CLOUD SERVICES, INC., a Colorado corporation,

Plaintiff,

v.

CH2M HILL, INC., a Florida corporation, and
TIMOTHY INGRAM,

Defendants.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Vacate Settlement Conference** [docket no. 362, filed July 24, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Settlement Conference is VACATED, and is to be replaced by a Status Conference to be attended by counsel only on **August 6, 2007, at 10:00 a.m.**

DATED:  July 30, 2007