IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 02-cv-01004-JLK-BNB

VIRTUAL CLOUD SERVICES, INC., a Colorado corporation,

Plaintiff,

v.

CH2M HILL, INC., a Florida corporation, and
TIMOTHY INGRAM,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a status conference.  The case is referred to me, among other reasons, to conduct proceedings regarding disputes over what costs are recoverable by the defendants under the facts and circumstances of this case, as well as the reasonableness of their amount.  *Order of Reference* [Doc. # 351, filed 6/22/2007] (the "referred matters").

By an order entered June 22, 2007, the district judge declined to award any costs predating February 16, 2007, and limited the costs which can be awarded to the defendants to those associated with Virtual Cloud's breach of contract claims.  *Order* [Doc. # 350, filed 6/22/2007] at p.3.  The defendants have moved to amend the judgment insofar as it imposes these restrictions on the costs recoverable.  *Defendants' Motion to Amend June 22, 2007 Judgment Pursuant to Fed. R. Civ. P. 59(e)* [Doc. # 356, filed 7/9/2007] (the "Motion to Amend Judgment").  My decision on the issues of the specific costs recoverable and the reasonableness of their amount must await the district judge's decision on the Motion to Amend Judgment.

Accordingly,

IT IS ORDERED that within ten days of any order resolving the Motion to Amend Judgment, the defendants shall file a status report addressing the nature of the order; proposing any additional steps necessary to my determination of the referred matters; and requesting a ruling on the referred matters.

Dated August 6, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge