# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01004-JLK-BNB

VIRTUAL CLOUD SERVICES, INC.,
a Colorado corporation,

        Plaintiff,

v.

CH2M HILL, INC., a Florida corporation, and
TIMOTHY INGRAM,

        Defendants.

## ORDER ON PARTIES' JOINT MOTION TO STAY BRIEFING ON MOTIONS FOR REVIEW OF TAXATION OF COSTS

THIS MATTER is before the Court on the Parties Joint Motion to Stay Briefing On Motions for Review of Taxation of Costs.

The Court, having reviewed the pertinent portions of the file and the parties' motion, and being otherwise fully advised, GRANTS the Motion and STAYS further briefing on the cross-motions to Review Costs Taxed.  In the event that the parties are unable to resolve costs issues at or prior to the settlement conference, the parties shall submit their respective replies in support of their motions to Review Costs Taxed within ten days of the settlement conference.

DATED September 4, 2007.　　　　　　　**s/John L. Kane**
　　　　　　　　　　　　　　　　　　　　SENIOR U.S. DISTRICT JUDGE