IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01004-JLK-BNB

VIRTUAL CLOUD SERVICES, INC., a Colorado corporation,

Plaintiff,

v.

CH2M HILL, INC., a Florida corporation, and
TIMOTHY INGRAM,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Vacate Settlement Conference** [docket no. 387, filed September 28, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The settlement conference scheduled for October 10, 2007 is vacated.

DATED:  September 28, 2007