**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 02-cv-01004-JLK-BNB

VIRTUAL CLOUD SERVICES, INC.,
a Colorado corporation,

       Plaintiff,

v.

CH2M HILL, INC., a Florida corporation, and
TIMOTHY INGRAM,

       Defendants.

---

**ORDER ON PARTIES' JOINT NOTICE OF SETTLEMENT OF RULE 68 COSTS ISSUE;**
**WITHDRAWAL OF PENDING COSTS MOTIONS;**
**AND MOTION TO AMEND JUDGMENT**

---

THIS MATTER is before the Court on the Parties Joint Notice of Settlement of Rule 68 Costs Issue; Withdrawal of Pending Costs Motions; and Motion to Amend Judgment (the "Joint Notice and Motion").

The Court, having reviewed the pertinent portions of the file and the Parties' Joint Notice and Motion, and being otherwise fully advised,

GRANTS the Motion and VACATES the Clerk's Order taxing Virtual Cloud $22,566.54 in costs [Docket No. 364.].  JUDGMENT shall be amended to reflect a cost judgment entered against Virtual Cloud and in favor of Defendants for $4,000.00 in satisfaction of Defendants' Rule 68 costs.  SO ORDERED this 1st day of October, 2007.

                                          BY THE COURT:

                                          *S/John L. Kane*
                                          JOHN L. KANE, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT