IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01004-JLK-BNB

VIRTUAL CLOUD SERVICES, INC.,
a Colorado corporation,

       Plaintiff,

v.

CH2M HILL, INC., a Florida corporation, and
TIMOTHY INGRAM,

       Defendants.

## ORDER ON PARTIES' JOINT NOTICE OF SETTLEMENT AND MOTION TO VACATE JUDGMENTS

THIS MATTER is before the Court on the Parties Joint Notice of Settlement and Motion to Vacate Judgment (the "Joint Notice and Motion to Vacate").

The Court, having reviewed the pertinent portions of the file and the Parties' Joint Notice and Motion to Vacate, and being otherwise fully advised,

GRANTS the Motion;

VACATES the Judgment entered July 10, 2007, *nunc pro tunc* June 22, 2007 in favor of Virtual Cloud and against CH2M Hill in the amount of $1 [Docket #357];

VACATES the Judgment entered July 10, 2007, *nunc pro tunc* June 22, 2007 in favor of Virtual Cloud and against Timothy Ingram in the amount of $1 [Docket #357]; and

VACATES the cost judgment entered October 1, 2007 in favor of Defendants and against Virtual Cloud in the amount of $4,000 in satisfaction of Defendants' Rule 68 costs [Docket No. 390].

SO ORDERED this 14 day of December, 2007.

BY THE COURT:

*John L. Kane*